IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT SPIELMANN,

    Plaintiff,

v.

D'S DINER, LLC, a Pennsylvania
Limited Liability Company, DANIEL
DEMELLIER, individually, DENISE
DEMELLIER, individually,
STEPHEN SIMKO, individually,
DANIELLE SIMKO, individually,

    Defendants.
_____/

CASE NO.: 3:20-cv-01144-MEM

(HON. MALACHY E. MANNION)

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Local Rules of Civil Procedure and the Rules of this Court, the parties hereby notify the Court that they have reached an agreement in principle to resolve this matter.

Respectfully submitted this 29th day of September, 2020.

| | |
|---|---|
| **/s/ Angeli Murthy** | **/s/ Cynthia R. Vullo** |
| Angeli Murthy, Esquire | Cynthia R. Vullo, Esquire |
| PA Bar No.: 93699 | PA Bar No.: 45720 |
| MORGAN & MORGAN, P.A. | Koff, Mangan, Vullo & Gartley, P.C. |
| 8151 Peters Road, Suite 4000 | 1065 Highway 315, Suite 302 |
| Plantation, Florida 33324 | Wilkes-Barre, PA 18702 |
| Telephone: (954) 318-0268 | Telephone (570) 718-1700 |
| Facsimile: (954) 327-3016 | Facsimile (570) 718-1701 |
| Email: amurthy@forthepeople.com | E-mail: cvullo@kmvglaw.com |

*Trial Attorneys for Plaintiff*          *Trial Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send notification of such filing to counsel of record.

**/s/ ANGELI MURTHY**
ANGELI MURTHY, ESQ.